AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Shawn Gilmore<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.<br>2:18-mj-00042 |

**SEALED**

**FILED**
APR 17 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 8, 2018** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with intent to distribute heroin |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

O. B. Morris, Detective with Charleston Police Dept.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/17/2018

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*

<u>A F F I D A V I T</u>

STATE OF WEST VIRGINIA
COUNTY OF Kanawha, to-wit:

I, O. B. Morris, being first duly sworn, do hereby depose and state as follows:

1. I am a Detective with Charleston Police Department's Special Enforcement Unit.  I have been an officer with Charleston Police Department for over ten years.

2. On or about March 8, 2018, officers with the Charleston Police Department executed a search warrant at Shawn Gilmore's residence, located at 704 Hunters Ridge Road, Charleston West Virginia.  Officers seized over 100 grams of heroin.  The heroin field-tested positive as heroin and was sent to the West Virginia State Police Laboratory for analysis.

3. That same day, Mr. Gilmore was arrested and after being read and waiving his Miranda rights, he gave a recorded statement and admitted that he used and sold heroin.

4. Officers also recovered two handguns in the nightstand next to Mr. Gilmore's bed.  Mr. Gilmore admitted that he bought both firearms and he believed both firearms were stolen.

Further your affiant sayeth naught.

_____
O. B. MORRIS

	Sworn to before me, and subscribed in my presence, this 17th day of April 2018.

_____
DWANE L. TINSLEY
United States Magistrate Judge